# VERDICT SHEET

# CAMERON ET AL. V. CITY OF NEW YORK ET AL., 06 CV 7798

1. Has plaintiff Karen Cameron proved by a preponderance of the evidence that she was falsely arrested?

    Yes ✓      No _____

    If NO, go to Question 7; if YES, then answer the following:

    2. Was Karen Cameron falsely arrested by Officer Rivera?

        Yes ✓      No _____

    3. Was Karen Cameron falsely arrested by Officer Ramos?

        Yes ✓      No _____

4. Has plaintiff Karen Cameron proved by a preponderance of the evidence that she was maliciously prosecuted?

    Yes ✓      No _____

    If NO, go to Question 7; if YES, then answer the following:

    5. Was Karen Cameron maliciously prosecuted by Officer Rivera?

        Yes ✓      No _____

    6. Was Karen Cameron maliciously prosecuted by Officer Ramos?

        Yes ✓      No _____

7. Has plaintiff Sylvia Higgenbottom proved by a preponderance of the evidence that she was falsely arrested?

    Yes ✓      No _____

Court Exhibit # 4

If you answered NO to Question 1 and Question 7, then your deliberations are over and your verdict is complete. If you answered YES to Question 7, please answer the following:

8. Was Sylvia Higgenbottom falsely arrested by Officer Rivera?

   Yes ✓         No _____

9. Was Sylvia Higgenbottom falsely arrested by Officer Ramos?

   Yes ✓         No _____

10. If you answered YES to Question 1, then state the dollar amount, if any, of damages that plaintiff Cameron sustained that were caused by her false arrest.

    Compensatory Damages         $ ~~~~~~~~ 5,500

11. If you answered YES to Question 4, then state the dollar amount, if any, of damages that plaintiff Cameron sustained that were caused by her malicious prosecution.

    Compensatory Damages         $ ~~~~~~~~ 24,500

12. If you answered YES to Question 7, then state the dollar amount, if any, of damages that plaintiff Higgenbottom sustained that were caused by her false arrest.

    Compensatory Damages         $ 5,500

13. If you answered NO to Questions 2 and 5, skip to Question 15; if you answered YES to Questions 2 or 5, answer the following:

    Has plaintiff Cameron proved by a preponderance of the evidence that punitive damages should be awarded against Officer Rivera?

    Yes ✓         No _____

    If you answered YES, state the amount. $ 25,000.

2

14. If you answered NO to Questions 3 and 6, skip to Question 16; if you answered YES to Questions 3 or 6, answer the following:

    Has plaintiff Cameron proved by a preponderance of the evidence that punitive damages should be awarded against Officer Ramos?

    Yes ✓    No _____

    If you answered YES, state the amount. $50,000

15. If you answered NO to Question 8, skip to Question 17; if you answered YES to Question 8, answer the following:

    Has plaintiff Higgenbottom proved by a preponderance of the evidence that punitive damages should be awarded against Officer Rivera?

    Yes ✓    No _____

    If you answered YES, state the amount. $2,500

16. If you answered NO to Question 9, then your deliberations are over and the verdict is complete; if you answered YES to Question 9, answer the following:

    Has plaintiff Higgenbottom proved by a preponderance of the evidence that punitive damages should be awarded against Officer Ramos?

    Yes ✓    No _____

    If you answered YES, state the amount. $2,500

3

17. If you answered YES to Question 3, 6, or 9, then answer the following:

    Have plaintiffs proved by a preponderance of the evidence that the constitutional violation by Officer Ramos was the direct result of deliberate indifference to the supervision and discipline of Officer Ramos on the part of the City?

    Yes _____     No __✓___

_____ 9-29-10
FOREPERSON

4