```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1 9 SEP 2011
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

KAREN CAMERON AND SYLVIA HIGGENBOTTOM,

                                  Plaintiffs,

      -against-

THE CITY OF NEW YORK, ET AL.,

                                  Defendants.
------------------------------------------------------------x

1:06-CV-7798-PAC

**STIPULATION OF SETTLEMENT AND ORDER OF DISMISSAL**

      **WHEREAS**, plaintiffs commenced this action by filing a complaint on or about September 28, 2006 alleging that the defendants violated plaintiffs' federal civil and common law rights; and

      **WHEREAS**, defendants have denied any and all liability arising out of plaintiffs allegations; and

      **WHEREAS**, the parties now desire to resolve the issues raised in this litigation, without further proceedings and without defendants admitting any fault or liability; and

      **WHEREAS**, plaintiffs have assigned their rights to attorney's fees, costs and expenses to their attorneys Michael L. Spiegel and Scott A. Korenbaum; and

      **WHEREAS**, plaintiffs have authorized their counsel to agree to the terms set forth below;

      **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, as follows:

      1.    The above-referenced action is hereby dismissed against defendants, with prejudice, and without costs, expenses, or attorneys' fees in excess of the amount specified in paragraph "2" below.

2. Defendant The City of New York hereby agrees to pay plaintiff Karen Cameron the sum of One Hundred and Five Thousand ($105,000.00) Dollars, Sylvia Higgenbottom the sum of Ten Thousand and Five Hundred ($10,500.00) Dollars, and Michael L. Spiegel and Scott A. Korenbaum, as attorneys for plaintiffs, the total sum of Three Hundred and Seventy-Five Thousand ($375,000.00) in full satisfaction of all claims, including claims for costs, expenses and attorneys' fees. In consideration for the payment of these sums, plaintiffs agree to the dismissal of all the claims against the defendants and to release the defendants, and any present or former employees and agents of The City of New York or any agency thereof, from any and all liability, claims, or rights of action which were or could have been alleged in this action, including claims for costs, expenses, and attorneys' fees.

3. Plaintiffs each shall execute and deliver to defendant The City of New York's attorney all documents necessary to effect this settlement, including, without limitation, a General Release based on the terms of paragraph 2 above and an Affidavit of Status of Liens. If Medicare has provided payment and/or benefits for any injury or condition that is the subject of this lawsuit, prior to tendering the requisite documents to effect this settlement, plaintiffs shall have notified Medicare and shall submit with the settlement documents a Medicare final demand letter for conditional payments. A Medicare Set-Aside Trust may also be required if future anticipated medical costs are found to be necessary pursuant to 42 U.S.C. § 1395y(b) and 42 C.F.R. §§ 411.22 through 411.26.

4. Nothing contained herein shall be deemed to be an admission by the defendants that they have in any manner or way violated plaintiffs' rights, or the rights of any other person or entity, as defined in the constitutions, statutes, ordinances, rules or regulations of the United States, the State of New York, or The City of New York or any other rules, regulations or bylaws of any department or subdivision of The City of New York. This

stipulation shall not be admissible in, nor is it related to, any other litigation or settlement negotiations.

5.  Nothing contained herein shall be deemed to constitute a policy or practice of the City of New York or any agency thereof.

6.  Plaintiffs agree to hold harmless the defendants regarding any liens or past and/or future Medicare payments, presently known or unknown, in connection with this matter. If conditional and/or future anticipated Medicare payments have not been satisfied, defendants reserve the right to issue a multiparty settlement check naming Medicare as a payee or to issue a check to Medicare directly based upon Medicare's final demand letter.

7.  This Stipulation and Order contains all the terms and conditions agreed upon by the parties hereto, and no oral agreement entered into at any time nor any written agreement entered into prior to the execution of this Stipulation and Order regarding the subject matter of the instant proceeding shall be deemed to exist, or to bind the parties hereto, or to vary the terms and conditions contained herein.

Dated: New York, New York
September 13, 2011

Michael L. Spiegel/Scott A. Korenbaum
*Attorneys for Plaintiffs*
111 Broadway, Suite 1305
New York, New York 10006
(212) 587-0018

By: _____
Michael L. Spiegel/Scott A. Korenbaum

19 SEP 2011

SO ORDERED:

_____
PAUL A. CROTTY, U.S.D.J.

MICHAEL A. CARDOZO
Corporation Counsel of the
  City of New York
*Attorney for Defendants*
THE CITY OF NEW YORK, CARMEN RAMOS and ANGEL RIVERA
100 Church Street, Room 3-162
New York, NY 10007
212-788-9391
Email: bmyrvold@law.nyc.gov

By: _____
Barry Myrvold

3